USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________No. 97-1881 JULIAN R. MCDERMOTT, and CAROL L. MCDERMOTT, Plaintiffs, Appellants, v. UNITED STATES OF AMERICA, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Patti B. Saris, U.S. District Judge] ____________________ Before Selya, Circuit Judge, Cyr, Senior Circuit Judge, and Boudin, Circuit Judge. ____________________ Julian R. McDermott on brief pro se. Loretta C. Argrett, Assistant Attorney General, Donald K. Stern,United States Attorney, Robert L. Baker, Attorney, Tax Division,Department of Justice, and David English Carmack, Attorney, TaxDivision, Department of Justice, on brief for appellee. ____________________ March 18, 1998  Per Curiam. We have carefully reviewed the record and briefs on appeal and affirm the judgment below. The only issue raised below, thus the only issue properly before us, is whether summary judgment was improper because the date on which the appellant filed his 1987 tax return was in genuine dispute.  In response to the government's showing that the appellant had no evidence that his return was filed on time, he was required to adduce specific facts which could reasonably support a decision in his favor. Anderson v. Liberty Lobby, Inc. 477 U.S. 242, 248 (1986). At a minimum, he would have had to show that he timely and properly mailed his claim. He did not discharge this obligation. Rogers v. Fair, 902 F.2d 140, 143 (1st Cir. 1990). Affirmed. Loc. R. 27.1.